McCarter English

**Mark M. Makhail**
Partner

T. 973-639-2092
F. 973-206-3794

mmakhail@mccarter.com

McCarter & English, LLP

Four Gateway Center
100 Mulberry Street
Newark, NJ 07102-4056

www.mccarter.com

December 23, 2025

**VIA ECF**

Hon. Michael E. Farbiarz, U.S.D.J.
United States District Court for the District of New Jersey
2 Federal Square
Courtroom 4
Newark, NJ 07102

**Re: Pharmacosmos Holdings A/S, *et al.* v. Daiichi Sankyo, Inc., *et al*.**
**Civil Action No.: 25-15857**

Dear Judge Farbiarz:

We, along with Gibson, Dunn & Crutcher, LLP, represent Defendants in the above matter. As the Court may be aware, Defendants requested leave to file a motion to dismiss when this matter was pending before the Hon. Edward S. Kiel, U.S.D.J., pursuant to His Honor's Chambers Rules. Those same preferences indicate that the time to answer is tolled pending a resolution of such a letter. On December 18, 2025, the action was transferred to Your Honor. (ECF No. 38). Accordingly, Defendants have refiled their motion to dismiss, but will follow any guidance from the Court as to whether any pre-motion practices are necessary.

We appreciate Your Honor's attention to this matter.

Respectfully submitted,

/s/ *Mark M. Makhail*
Mark M. Makhail

CC: All Counsel of Record (via ECF)